# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**GARY DEWAYNE AMERICA,**

    **Plaintiff,**

v.                                                                    Civil Action No. 5:07cv80
                                                                        (Judge Stamp)

**GEORGE TRENT, DR. KATINY,**

    **Defendants.**

## ORDER GRANTING MOTION TO SEAL

This case is before the Court on Dr. Katiny's Motion to Seal. In the motion, Dr. Katiny requests permission to seal a supplement to his motion to dismiss, memorandum in support, and attached exhibits, because they contain information regarding the plaintiff's confidential, protected health information.

For good cause shown, Dr. Katiny's Motion to Seal (dckt. 30) is **GRANTED**. The Clerk is directed to refile the supplement, memorandum, and exhibits, previously docketed incorrectly at docket entry number 29, as a separate docket entry using the proper event.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner and to transmit a copy to counsel of record via electronic means.

DATED: December 4, 2007.

                                                    JOHN S. KAULL
                                                    UNITED STATES MAGISTRATE JUDGE